UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS JACOBS,

              Petitioner,

– v. –

UNITED STATES OF AMERICA,

              Respondent.

**ORDER**

12 Crim. 72 (ER)

RAMOS, D.J.:

    On October 20, 2020, Marquis Jacobs, an inmate at Federal Correctional Institution Coleman Medium, filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on his risk of contracting COVID-19. The Government is directed to respond by October 29, 2020.

    It is SO ORDERED.

Dated:   October 22, 2020
              New York, New York

                                          EDGARDO RAMOS, U.S.D.J.